Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff DIANE THOMAS-YOUNG

Jahmal Davis (SBN 191504)
David Abella (SBN 275982)
**Hanson Bridgett LLP**
425 Market Street, 26th Floor
San Francisco, CA  94105
Phone: (415) 995-5815
Fax: (415) 541-9366
Email: Jdavis@hansonbridgett.com

Attorney for Defendants SUTTER CENTRAL VALLEY HOSPITALS dba MEMORIAL MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| DIANE THOMAS-YOUNG, | ) | **Case No. 1:12-cv-01410-AWI-SKO** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| SUTTER CENTRAL VALLEY HOSPITALS, dba MEMORIAL MEDICAL CENTER, a California Corporation; and DOES 1-100, inclusive, | ) ) ) ) | Judge:  Hon. Sheila K. Oberto |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATIED BY AND BETWEEN THE PARTIES TO THIS ACTION,** through their counsel of record, as follows:

WHEREAS, this case is currently set for a settlement conference on August 29, 2013, at 10:00 a.m.;

//

1  WHEREAS, there was a miscommunication about the date of the settlement conference between Plaintiff and her counsel and Plaintiff has already purchased non-refundable tickets for the date of the currently set settlement conference;

WHEREAS, discovery does not close until September 20, 2013, and Plaintiff believe that a settlement conference would be more beneficial after the parties have completed discovery;

WHEREAS, the Court has offered the following dates available for a settlement conference: November 26, 2013, December 10, 2013, and December 12, 2013;

WERHEAS, now all parties are available to attend the settlement conference on December 10, 2013, at 10:00 a.m.;

The Parties do hereby stipulate to continue the settlement conference to December 10, 2013, at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated: July 26, 2013                                                **Shimoda Law Corp.**

By:   /s/ Galen T. Shimoda
        Galen T. Shimoda
        Attorney for Plaintiff DIANE THOMAS-YOUNG

DATED:  July 26, 2013                                             **Hanson Bridgett LLP**

By:  /s/Jahmal Davis
       Jahmal Davis (approved on 7/26/2013)
       Attorney for Defendant SUTTER CETRAL VALLEY HOSPITALS dba MEMORIAL MEDICAL CENTER

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

The settlement conference date scheduled for August 29, 2013, is hereby continued to December 10, 2013, at 10:00 a.m.

Plaintiff is directed to serve a copy of this Order on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **July 30, 2013**                                  **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE