Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff DIANE THOMAS-YOUNG

Jahmal Davis (SBN 191504)
David A. Abella (SBN 275982)
**Hanson Bridgett LLP**
425 Market Street, 26th Floor
San Francisco, CA  94105
Phone: (415) 995-5815
Fax: (415) 541-9366

Attorney for Defendants SUTTER CENTRAL VALLEY
HOSPITALS dba MEMORIAL MEDICAL CENTER

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE THOMAS-YOUNG, | **Case No. 1:12-cv-01410-AWI-SKO** |
| Plaintiff, | **JOINT STIPULATION REGARDING NEW DATES FOR FILING AND RESPONDING TO MOTION FOR SUMMARY JUDGMENT/AND ORDER** |
| vs. | |
| SUTTER CENTRAL VALLEY HOSPITALS, dba MEMORIAL MEDICAL CENTER, a California Corporation; and DOES 1-100, inclusive, | Judge:  Hon. Sheila K. Oberto |
| Defendants. | |

**IT IS HEREBY STIPULATIED BY AND BETWEEN THE PARTIES TO THIS ACTION,** through their counsel of record, as follows:

WHEREAS, the Court's Scheduling Order requires the filing of any dispositive motions by December 16, 2013.

---

**STIP AND [PROPOSED] ORDER TO MOVE DATES FOR FILING DISPOSITIVE MOTIONS    1:12-CV-01410-AWI-SKO    1**

6005217.1

WHEREAS, the parties agreed at a settlement hearing in the presence of the honorable Sheila K. Oberto to amend the date in which to file the motion for summary judgment and/or dispositive motion.

WHEREAS, the Parties do hereby stipulate as follows:

1. Defendant will file a motion for summary judgment and/or dispositive motion by December 18, 2013;
2. Plaintiff will file her opposition brief to the motion for summary judgment and/or dispositive motion by January 8, 2014;
3. Defendant will file its reply brief by January 21, 2014; and
4. The hearing for the motion for summary judgment shall be set for January 27, 2014.

**IT IS SO STIPULATED.**

Dated:  December 12, 2013          **Shimoda Law Corp.**

By:   /s/ Galen T. Shimoda
          Galen T. Shimoda
          Attorney for Plaintiff DIANE THOMAS-YOUNG

DATED:  December 11, 2013          **Hanson Bridgett LLP**

By:  /s/ Jahmal Davis
         Jahmal Davis
         Attorney for Defendant SUTTER CENTRAL VALLEY HOSPITALS dba MEMORIAL MEDICAL CENTER

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, it is hereby ORDERED that:

1. Defendant will file a motion for summary judgment and/or dispositive motion by December 18, 2013;
2. Plaintiff will file her opposition brief to the motion for summary judgment and/or dispositive motion by January 8, 2014;
3. Defendant will file its reply brief by January 20, 2014; and
4. The hearing for the motion for summary judgment shall be set for January 27, 2014.

To the extent that Plaintiff elects to file a dispositive motion on January 8, 2014, Defendant's opposition shall be filed by January 21, 2014, any reply shall be filed by January 27, 2014, and the hearing on both motions shall be set for February 3, 2014.   If Plaintiff elects not to file a dispositive motion, the dates stipulated to by the parties stand.

IT IS SO ORDERED.

Dated:   **December 12, 2013**             /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE