IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE THOMAS-YOUNG,<br><br>**Plaintiff,**<br><br>vs.<br><br>SUTTER CENTRAL VALLEY HOSPITALS, dba MEMORIAL MEDICAL CENTER, a California Corporation; and DOES 1-100, inclusive,<br><br>**Defendants.** | 1:12-cv-1410  AWI SKO<br><br>**ORDER VACATING HEARING DATE OF JANUARY 27, 2014, AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, defendants Sutter Central Valley Hospitals ("Defendants"), et al. have filed a motion for summary judgment or summary adjudication as to the complaint of plaintiff Diane Thomas-Young ("Plaintiff").  The matter was scheduled for oral argument to be heard on January 27, 2014.  The court has preliminarily reviewed Defendant's motion, Plaintiff's opposition, Defendant's reply and the applicable law and has determined that the matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Should the court determine, upon further review, that oral argument is necessary, the parties will be so notified and a hearing date will be scheduled.

THEREFORE, it is hereby ORDERED that the hearing date of January 27, 2014, is hereby VACATED and no party shall appear on that date.  As of January 27, 2014, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   January 23, 2014

SENIOR  DISTRICT  JUDGE