Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff DIANE THOMAS-YOUNG

Jahmal Davis (SBN 191504)
David A. Abella (SBN 275982)
**Hanson Bridgett LLP**
425 Market Street, 26th Floor
San Francisco, CA  94105
Phone: (415) 995-5815
Fax: (415) 541-9366

Attorney for Defendants
SUTTER CENTRAL VALLEY HOSPITALS
dba MEMORIAL MEDICAL CENTER

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE THOMAS-YOUNG, | Case No. **1:12-cv-01410-AWI-SKO** |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO VACATE TRIAL DATE** |
| vs. | |
| SUTTER CENTRAL VALLEY HOSPITALS, dba MEMORIAL MEDICAL CENTER, a California Corporation; and DOES 1-100, inclusive, | Judge: Hon. Sheila K. Oberto |
| Defendants. | |

1    **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS**
2    **ACTION,** through their counsel of record, as follows:
3    WHEREAS, trial in this case is currently scheduled for May 13, 2014;
4    WHEREAS, on December 18, 2013, Defendant Sutter Central Valley Hospitals filed a motion
5    for summary judgment, or in the alternative, partial summary judgment;
6    WHEREAS, on January 8, 2014, Plaintiff Diane Thomas-Young filed her opposition to
7    Defendant's motion for summary judgment, or in the alternative, partial summary judgment;
8    WHEREAS, on January 21, 2014, Defendant filed its reply to Plaintiff's opposition to
9    Defendant's motion for summary judgment, or in the alternative, partial summary judgment;
10   WHEREAS, on January 23, 2014, the Court vacated the January 27, 2014 hearing date for
11   Defendant's motion for summary judgment, or in the alternative, partial summary judgment, and took
12   the matter under submission;
13   WHEREAS, during a telephonic conference on January 29, 2014, the Hon. Magistrate Judge
14   Sheila K. Oberto informed the parties that the Court would not likely render a decision regarding
15   Defendant's motion for summary judgment, or in the alternative, partial summary judgment before the
16   deadline for the parties' pre-trial submissions, or the May 13, 2014 trial date;
17   WHEREAS, the parties believe it is in the best interest of the case, and the most effective use
18   of judicial resources, to continue the trial date until after the Court renders a decision for Defendant's
19   motion for summary judgment, or in the alternative, partial summary judgment;
20   WHEREAS, on March 19, 2014, the parties have a final pretrial conference scheduled, and
21   cannot prepare for the conference with Defendant's motion for summary judgment pending; and
22   WHEREAS, counsel for both parties have met and conferred regarding their respective trial
23   schedules and have agreed upon an available date for rescheduling the trial of this matter;
24   THEREFORE, the Parties do hereby stipulate as follows:
25       1. The parties stipulate to vacating the May 13, 2014 trial date;
26       2. The parties stipulate to re-schedule the trial date to April 2015.
27   //
28   //

**IT IS SO STIPULATED.**

Dated: February 21, 2014     **Shimoda Law Corp.**

By: /s/ Jennet Zapata
    Galen T. Shimoda
    Jennet F. Zapata
    Attorneys for Plaintiff
    DIANE THOMAS-YOUNG

DATED: February 21, 2014     **Hanson Bridgett LLP**

By: /s/ David Abella
    Jahmal Davis
    David Abella
    Attorneys for Defendant
    SUTTER CENTRAL VALLEY HOSPITALS
    dba MEMORIAL MEMORIAL MEDICAL CENTER

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

1. The May 13, 2014 trial date in this matter is vacated as well as the March 19, 2014 Pretrial Conference.  Dates if needed shall be reset upon the ruling on the motion.

IT IS SO ORDERED.

Dated:   February 21, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE